PAULINE GLASS, Respondent, v. JACOB PLAPLER, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VICENT SCHIAVONE, Respondent, v. CHARLES BRANCATI, Appellant.— Order reversed and motion granted, on conditions stated in order.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BERNARD T. KAMBER, Trading under the Name and Style of KAMBER SYSTEM CLOTHES, Respondent, v. JOHN C. PAIGE & Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent either of striking out paragraphs 10 and 17 of the complaint, or, in the alternative, compelling plaintiff to separately state and number the two causes of action, namely, for negligence and fraud, set forth in the complaint.   No opinion. Settle order on notice.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ADROIT TOOL Co., INC., Respondent, v. NORWALK RADIO CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARMION REALTY CORPORATION, Respondent, v. NEW YORK FURNITURE EXCHANGE ASSOCIATION, INC., and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied on condition that defendants consent to an immediate trial.   No opinion.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ESTHER EUGENIE COHEN and Others v. THOMAS RUBIN.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MISCHA ELMAN v. FLORENZ ZIEGFELD, JR.— Motion to dismiss appeal denied, with ten dollars costs.   (See rule IV, App. Div. 1st Dept.)   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY R. BERNHARD v. ROBERT H. HEMPHILL.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CONSTANTINE E. HEONIS v. SPIROS C. MARKATOS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before May 3, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMIL LUTKITZ, an Infant, etc., v. CHARLES E. CHALMERS, as Receiver of the SECOND AVENUE RAILROAD COMPANY.— Motion to dismiss appeal denied on condition that the appellant's points be filed on or before May 3, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PAULINE LEVIN, as Administratrix of JULIUS LEVIN, Deceased, v. RUDOLPH LEVIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before May 3, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.